1  KATHLEEN A. McCORMAC (SB# 159012)
   kmccormac@mccormaclaw.com
2  JAMES R. GRANT (SB# 254855)
   jgrant@mccormaclaw.com
3  MCCORMAC & ASSOCIATES
   655 Montgomery Street
4  Suite 1200
   San Francisco, CA 94111
5  Telephone: (415) 399-1722
   Facsimile: (415) 399-1733
6
   Attorneys for Plaintiff Ruben Munoz
7

8  CHRISTOPHER A. CONKLING, State Bar No. 089118
   cconklin@ussposco.com
9  CORY S. ANDERSON, State Bar No. 154672
   canderson@ussposco.com
10 USS-POSCO INDUSTRIES
   P.O. Box 471
11 Pittsburg, CA 94565
   Telephone: (925) 439-6040
12 Fax: (925) 439-6482

13 JEFFREY M. TANENBAUM, State Bar No. 104951
   jtanenbaum@nixonpeabody.com
14 JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
15 MATTHEW J. FRANKEL, State Bar No. 256633
   mfrankel@nixonpeabody.com
16 NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
17 San Francisco, California 94111-3600
   Telephone: (415) 984-8200
18 Fax: (415) 984-8300

19 Attorneys for Defendant
   USS-POSCO INDUSTRIES
20

   UNITED STATES DISTRICT COURT
21
   NORTHERN DISTRICT OF CALIFORNIA
22

| RUBEN MUNOZ, | Case No. CV-09-1969 MHP |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| UNITED STATES STEEL CO. dba USS-POSCO INDUSTRIES and DOES 1-10, inclusive, | **[F.R.C.P. 41(a)(1)]** |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**CASE NO. CV-09-1969 MHP**

12747540.1

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: October 19, 2009          McCORMAC & ASSOCIATES

By: /s/ *James R. Grant*
JAMES R. GRANT
Attorneys for Plaintiff
RUBEN MUNOZ

DATED: October 19, 2009          NIXON PEABODY LLP

By: /s/ *Matthew J. Frankel*
JEFFREY M. TANENBAUM
JOSHUA M. HENDERSON
MATTHEW J. FRANKEL
Attorneys for Defendant
USS-POSCO INDUSTRIES

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James R. Grant.

DATED: October 19, 2009          NIXON PEABODY LLP

By: /s/ *Matthew J. Frankel*
JEFFREY M. TANENBAUM
JOSHUA M. HENDERSON
MATTHEW J. FRANKEL
Attorneys for Defendant
USS-POSCO INDUSTRIES

IT IS SO ORDERED.

DATED: 10/26/2009

HONORABLE
U.S. DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**CASE NO. CV-09-1969 MHP**

-2-

2747540.1